## UNITED STATES *ex rel.* AMY *v.* BURLINGTON.
## UNITED STATES *ex rel.* LEARNED *v.* BURLINGTON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE DISTRICT OF IOWA.

Nos. 94 and 95. Argued November 30, 1869. — Decided January 24, 1870.

*Butz* v. *Muscatine*, 8 Wall. 575, followed.

THE case is stated in the opinion.

MR. JUSTICE SWAYNE delivered the opinion of the court in these causes.

Upon examination these cases are found to be substantially the same with the case of *The United States on the relation of Thomas Butz* v. *The City of Muscatine*, No. 93, heretofore decided by this court at the present term. (8 Wall. 575.) Our opinion is the same as in that case. The judgment in each of these cases is therefore reversed, and the cause remanded to the court below for further proceedings in conformity to the views of this court as expressed in the case referred to. *Reversed.*

*Mr. James Grant* for plaintiffs in error.

No appearance for defendants in error.